# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Odilon Garcia, et al.

                    Plaintiff,

v.                                     Case No.: 1:24–cv–02090
                                            Honorable Jeremy C. Daniel

Inc Domino's Pizza, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Status hearing held. Plaintiffs and Defendant ConverseNow appeared. Plaintiffs' counsel makes an oral motion to appear by phone. That motion is granted without objection. The motion to dismiss by defendant Domino's remains pending while discovery continues as to ConverseNow. Joint written status report on settlement status and discovery progress to be filed by noon 6/5/25. Domino's remains exempted from participation in that report absent a contrary order of court before then. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.