IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ODILON GARCIA, JONATHAN NEUMANN, and ZACHERY YOUNG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DOMINO'S PIZZA FRANCHISING, LLC and CONVERSENOW TECHNOLOGIES, INC.<br><br>    Defendants. | Case No. 1:24-cv-02090<br><br>Hon. Jeremy C. Daniel<br><br>Mag. Judge Gabriel A. Fuentes |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, no class has been certified and no motion for class certification has been filed;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted in this Action (i) by any of the Plaintiffs against any of the Defendants, or (ii) by any of the Defendants against any of the Plaintiffs, are hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees with respect to any such claims.

Dated: March 5, 2025

**KAHN SWICK & FOTI, LLC**

*/s/ J. Ryan Lopatka*
J. Ryan Lopatka (Bar Number 6303849)
161 N. Clark St., Suite 1700
Chicago, IL 60601
Telephone: (312) 759-9700
Facsimile: (504) 455-1498
Email: j.lopatka@ksfcounsel.com

Kim E. Miller
250 Park Avenue, 7th Floor
New York, NY 10177and
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

Lewis S. Kahn
Melissa H. Harris (Bar Number 33573)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
Email: melissa.harris@ksfcounsel.com

-and-

**DON BIVENS, PLLC**
Don Bivens
Teresita Mercado
15169 N. Scottsdale Road
Suite 205
Scottsdale, Arizona 85254
don@donbivens.com
teresita@donbivens.com
602-708-1450

*Counsel for Plaintiffs and the Putative Class*

**DLA Piper LLP (US)**
*/s/ Yan Grinblat*
Raj N. Shah (IL-6244821)
Eric M. Roberts (IL-6306839)
Yan Grinblat (IL-6328805)
DLA Piper LLP (US)
444 W. Lake Street, Suite 900
Chicago, IL 60606
(312) 368-4000
raj.shah@us.dlapiper.com
eric.roberts@us.dlapiper.com
yan.grinblat@us.dlapiper.com

*Attorneys For Defendant Domino's Pizza Franchising, LLC.*


**HILLARD M. STERLING**
*/s/ Hillard M. Sterling*
ARDC No. 6232655
ROETZEL & ANDRESS, LPA
70 W. Madison St., Suite 3000
Chicago, IL 60602
 (312) 962-8082
hsterling@ralaw.com

*Attorneys for Defendant ConverseNow Technologies, Inc.*